**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000246
05-SEP-2017
09:13 AM**

NO. CAAP-16-0000246

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JON RIKI KARAMATSU, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION
(CASE NO. 1DTA-15-01669)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on June 30, 2017, is hereby corrected as follows:

1.   On page 1, in the fifth line of the first paragraph, the word "a" should be inserted between "as" and "Deputy" so that as corrected, the text reads: ". . . was employed as a Deputy Prosecuting Attorney."

2.   On page 3, in the twenty-sixth line, "heel-to-toe" should be replaced with "walk-and-turn" so that as corrected, the text reads: "On the walk-and-turn test, . . . ."

3.   On page 3, in the thirty-fourth line, "heel-to-toe" should be replaced with "walk-and-turn" so that as corrected, the text read: ". . . while performing the walk-and-turn test . . . ."

---

[1] Nakamura, Chief Judge, and Fujise, J., with Reifurth, J., concurring separately.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 5, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge